IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:08mj1-TFM |
| JOHN GARRY BOURNES | ) | |

**ORDER**

Pending before the Court are the *Government's Motion for Detention* (Doc. 3, filed January 4, 2008) and the *Government's Amended Motion for Detention* (Doc. 6, filed January 7, 2008).

It is ORDERED that the **preliminary examination** and **detention hearing** are set for **January 10, 2008 at 2:00 p.m.** in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge. Pending the detention hearing, the defendant(s) shall be held in custody of the U. S. Marshal and produced for the hearing.

DONE, this 7th day of January, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE